```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :  ORDER
        -v.-                        :
                                    :
LUIS ENCARNACION,                   :  22 Cr. 693 (LAK)
                                    :
                 Defendant.         :
                                    :
------------------------------------X
```

Luis Encarnacion was indicted on December 15, 2022 and charged with conspiring to traffic fentanyl and trafficking fentanyl. A warrant was issued for his arrest, and he surrendered on December 21, 2022. On December 21, 2022, the Court held an initial appearance and arraignment in this matter. The parties jointly proposed bail conditions, which are adopted. It is therefore ordered that the defendant is to be released, pending trial, on the following conditions:

- A $100,000 unsecured bond, to be co-signed by two financially responsible parties;
- Travel restricted to the Southern and Eastern Districts of New York, and to the District of New Jersey;
- Surrender all travel documents to Pretrial Services and make no new applications;
- Pretrial supervision as directed by Pretrial Services;

- Drug testing and treatment as directed by Pretrial Services; and
- Continue employment or seek employment.

The defendant is to be released after signing his appearance bond. All other conditions of release are to be met by January 11, 2023.

Dated: New York, New York
December 21, 2022

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE