```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

   -against-

Luis Encarnacion,

-----------------------------------------------------------x

ORDER

22 CR 693 (LAK)

*Lewis A. Kaplan, U.S.D.J.,*

      Federal Defender Marisa Cabrera is relieved as counsel to the defendant. CJA duty attorney, Harvey Fishbein, and CJA program mentee Lauren Di Chiara, are hereby ordered substituted as counsel to defendant Luis Encarnacion.

      SO ORDERED.

                                            Hon. Lewis A. Kaplan
                                            U.S.D.J.

Dated: February 16, 2023
       New York, NY