UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. –          :

LUIS ENCARNACION,          :

   Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

22 CR 693 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 11, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  New York, New York
    September 13, 2023

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE